IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIM GRIFFORD                                                                      PLAINTIFF

v.                                       No. 4:14-cv-15-DPM

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.; GROUP LONG
TERM DISABILITY PLAN FOR
EMPLOYEES OF WAL-MART
STORES INC.; and WAL-MART
STORES INC.                                                                    DEFENDANTS

ORDER

Unopposed motion, № 15, granted. The Court directs the Clerk to place under seal № 11-1, 11-2, 11-3, & 11-4.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

__10 June 2014__