IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIM GRIFFORD                                                                PLAINTIFF

v.                              No. 4:14-cv-15-DPM

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY; GROUP LONG TERM DISABILITY
PLAN FOR EMPLOYEES OF WAL-MART STORES,
INC.; and WAL-MART STORES, INC.                            DEFENDANTS

JUDGMENT

Grifford's complaint against all defendants is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 December 2014